■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN NADAL, Appellant. [6 NYS3d 500]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 16, 1997 (*People v Nadal*, 240 AD2d 595 [1997]), affirming a judgment of the County Court, Westchester County, rendered March 28, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Balkin, Miller and Maltese, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR NIEVES, Appellant. [6 NYS3d 494]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 27, 2008 (*People v Nieves*, 51 AD3d 1042 [2008]), affirming a judgment of the Supreme Court, Kings County, rendered May 11, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Austin, Cohen and Duffy, JJ., concur.